**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------- x
VICTOR ANDREWS, on behalf of himself and : Case no. 1:24-cv-5908
all others similarly situated, :
:
Plaintiffs, :
: **NOTICE OF VOLUNTARY**
v. **DISMISSAL WITH**
**PREJUDICE**
Unlimited Furniture Group Branch, Inc., :
:
Defendant. :
:
:
:
:
:
------------------------------------- x

**PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: January 2, 2025

_____
Asher Cohen, Esq.
ASHER COHEN PLLC
2377 56th Dr,
Brooklyn, New York 11234
T: (718) 914-9694
E: acohen@ashercohenlaw.com
*Attorney for Plaintiff*

1